IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**In the matter of the Search of**
930 13th Avenue,
Phenix City, AL 36867

CASE NUMBER: 3:06mj80-SRW

## ORDER

Upon consideration of the motion to file search warrant and return of inventory (Doc. # 1), filed August 11, 2006, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The Clerk's Office is AUTHORIZED and DIRECTED to accept and file the search warrant and return of inventory attached to this order.

DONE, this 14th day of August, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

# United States District Court

___MIDDLE___ DISTRICT OF ___ALABAMA___

**In the matter of the Search of**
(Name, address or brief description of person, property or premises to be searched)

930 13th Avenue
Phenix City, AL 36867

**SEARCH WARRANT**

CASE NUMBER: 3:06mj80-SRW

TO: __Mario L. Price__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___Mario L. Price___, who has reason to
                                                    Affiant
believe that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

**See Attachment A.**

in the ___Middle___ District of ___Alabama___ there is now concealed a certain person or property, namely (describe the person or property)

**See Attachment B.**

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**See Attachment C.**

YOU ARE HEREBY COMMANDED to search on or before ___June 22, 2006___
                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to
___the undersigned___ as required by law.
U.S. Judge or Magistrate Judge

June 12, 2006                                    at    Montgomery, Alabama
Date and Time Issued                                    City and State

Delores R. Boyd, U.S. Magistrate Judge
Name & Title of Judicial Officer                       Signature of Judicial Officer

**"ATTACHMENT A"**

Place to be searched:

930 13th Avenue
Phenix City, AL 36867

A wood framed single story white house with green trim around the windows. The house has two red pillars supporting a covered patio area overhanging the front door to the home. The house is surrounded by a grey metal fence.

A picture of VANESA PLEASANT's home located at 930 13th Avenue, Phenix City, AL is included below:



**Attachment B**

Things to be seized:

1. Personal checks bearing BRIAN PLEASANT's name for SUNTRUST account number 1000019625424;

2. Personal checks bearing BRIAN PLEASANT's name for Montgomery County Teachers Federal Credit Union account number 7001685672;

3. Military identification card(s) bearing BRIAN PLEASANT's name;

4. Documentation associated with the bank accounts listed in 1 & 2 above, including but not limited to bank statements, withdrawal slips, deposit slips;

5. Documentation associated with any other bank account that shows that personal checks bearing BRIAN PLEASANT's name were paid to any military installation commissary;

6. Documentation associated with any military identification card(s);

7. U.S. currency exceeding $100 in value.

# "ATTACHMENT C"

<u>AFFIDAVIT IN SUPPORT OF SEARCH WARRANT</u>

I, Mario L. Price, depose and state that:

1.   I am a Special Agent with the Air Force Office of Special Investigations (AFOSI). I am currently assigned to AFOSI Detachment (Det) 303, Travis Air Force Base (TAFB), CA. Since March 2006, I have been assigned as a Criminal Investigator working in the AFOSI Det 303 Base Investigations Branch.

2.   I authored AFOSI Report of Investigation number 303-C-121-A2-31377061092246. I have not included every fact known to me about this case but have limited this Affidavit to those facts relevant to the issuance of a Search Warrant.

3.   On 17 Apr 06 MARK HARRISON, Army Air Force Exchange Service (AAFES) Loss Prevention (LP) Chief, TAFB, informed AFOSI Det 303, TAFB, someone identifying themselves as BRIAN TYRONE PLEASANT, the SUBJECT of this investigation, cashed 58 personal checks from a closed Montgomery County Teachers Federal Credit Union (Rockville, MD) account assigned to BRIAN TYRONE PLEASANT. Additional investigation by AAFES LP analysts revealed someone identifying themselves as BRIAN TYRONE PLEASANT cashed 16 additional personal checks from a closed SunTrust Bank

1

account assigned to BRIAN TYRONE PLEASANT. BRIAN TYRONE PLEASANT's name, address and phone number appear on all questioned checks cashed by BRIAN TYRONE PLEASANT. The addresses listed on all checks match residences listed by BRIAN TYRONE PLEASANT on various paperwork in his Naval records. According to BRIAN TYRONE PLEASANT's cellular provider, the billing address and social security number associated with the phone number provided by BRIAN TYRONE PLEASANT on his personal checks match those of BRIAN TYRONE PLEASANT. All transactions took place at the TAFB Base Exchange (BX) between 11 Apr 05 and 1 May 06. AAFES has lost $19,475 in cash as a result of these transactions.

    4. On 24 April 06 I contacted the phone number listed on all of the returned personal checks cashed by BRIAN TYRONE PLEASANT at TAFB. I asked the male who answered the phone if he was BRIAN TYRONE PLEASANT and he responded yes. BRIAN TYRONE PLEASANT declined to meet me to answer questions concerning fraudulent check cashing activity associated with his name, address, and phone number.

    5. On 1 May 06 someone identifying themselves as BRIAN TYRONE PLEASANT cashed a personal check at the TAFB BX branch of Armed Forces Bank in the amount of $300 on a

closed Sun Trust Bank account assigned to BRIAN TYRONE PLEASANT. This is the last time BRIAN TYRONE PLEASANT was known to be in the state of CA, 7 days after I notified him he was under federal criminal investigation.

6. On 23 May 06 I received a call from HARRISON who informed me BRIAN TYRONE PLEASANT was being employed by AAFES at Fort Gillem, GA. HARRISON informed me 23 May 06 was BRIAN TYRONE PLEASANT's first day of employment with AAFES at Fort Gillem. BRIAN TYRONE PLEASANT was hired by an employment placement agency (NFI) to work at AAFES in a warehouse. SA DONALD BEAUMAN, Special Agent in Charge, Fort McPherson Criminal Investigation Division Resident Agency, Fort McPherson, GA, confirmed BRIAN TYRONE PLEASANT was employed by AAFES at Fort McPherson and present at his place of employment as of 1000 PST on 23 May 06. A photograph acquired during review of BRIAN TYRONE PLEASANT's USN records supports BRIAN TYRONE PLEASANT is the same person currently employed by AAFES at Fort Gillem as indicated by the photograph taken on 23 May 06 by AAFES personnel at Fort Gillem. The social security number provided by BRIAN TYRONE PLEASANT to AAFES personnel at Fort Gillem on 23 May 06 also matches the social security number of BRIAN TYRONE PLEASANT.

7. On 19 April 06 I reviewed BRIAN TYRONE PLEASANT's National Crime Information Center (NCIC) information. BRIAN TYRONE PLEASANT's NCIC check revealed the following information: BRIAN TYRONE PLEASANT was arrested by the Muscogee County (GA) Sheriff's office for deposit account fraud/bad checks on 13 June 02. Further investigation revealed on 6 Feb 02 BRIAN TYRONE PLEASANT plead "nolo" to commission of a felony violation of GA statute 16-9-20.C (deposit account fraud/bad checks). BRIAN TYRONE PLEASANT paid a $50 fine and the case was dismissed. On 3 May 02 BRIAN TYRONE PLEASANT plead "not guilty" to commission of a felony violation of GA statute 16-9-20.C (deposit account fraud/bad checks). BRIAN TYRONE PLEASANT signed a forgery affidavit and the case was dismissed. On 14 Jun 02 BRIAN TYRONE PLEASANT plead "not guilty" to commission of a felony violation of GA statute 16-9-20.C (deposit account fraud/bad checks). The case was dismissed.

8. I conducted a check of BRIAN TYRONE PLEASANT's US Naval (USN) records. The name, date of birth, social security number and residence history of the individual whose record I reviewed matches those of BRIAN TYRONE PLEASANT. BRIAN TYRONE PLEASANT enlisted in the USN in November 2002 through the Atlanta Military Entrance

4

Processing Station at Fort Gillem, GA. In August 2003 and again in June 2004 BRIAN TYRONE PLEASANT was awarded non-judicial punishment for Unauthorized Absence, felony violations of the Uniform Code of Military Justice. BRIAN TYRONE PLEASANT was given a general discharge from the USN in June of 2004 for "Misconduct - Commission of a Serious Offense" at the rank of Seaman Apprentice (E-2, a junior enlisted rank).

9. On 22 May 06 I conducted a review of the lodging records of the Westwind Inn, TAFB. Westwind Inn policy requires all personnel checking in to their facility to furnish a valid military identification card. Someone identifying themselves as Lieutenant Junior Grade (O-2, a junior officer rank) BRIAN TYRONE PLEASANT stayed at the Westwind Inn from 10-12 October 2005. Someone identifying themselves as Lieutenant Junior Grade PLEASANT made reservations on 29 April 06 to stay at the Westwind Inn from 1-3 May 06. BRIAN TYRONE PLEASANT did not keep the scheduled reservation. There is no indication in BRIAN TYRONE PLEASANT's Naval records he was ever commissioned as an officer in the USN.

10. On 5 Jun 06 Deputy PATRICK FERGUSON, Columbus, GA Field Office, United States Marshal Service, went to the

5

home of VANESA PLEASANT, mother of BRIAN TYRONE PLEASANT, located at 930 13th Street, Phenix City, AL, 36867. FERGUSON asked V. PLEASANT if BRIAN TYRONE PLEASANT was living with her. V. PLEASANT denied BRIAN TYRONE PLEASANT was living with her. FERGUSON informed V. PLEASANT she could be charged with 18 USC 792, Harboring or Concealing Persons, if further investigation revealed BRIAN TYRONE PLEASANT was living with her. V. PLEASANT then confessed BRIAN TYRONE PLEASANT was living with her at 930 13th Street in Phenix City, AL.

11. BRIAN TYRONE PLEASANT was apprehended on 5 Jun 06 by FERGUSON at his mother's home in Phenix City, AL. During the search incident to arrest FERGUSON found BRIAN TYRONE PLEASANT's wallet on his person. The wallet was given back to his mother prior to transporting BRIAN TYRONE PLEASANT to the Muscogee County Jail, Columbus, GA.

12. Over the past four years BRIAN TYRONE PLEASANT has illustrated a propensity to commit violations of federal criminal law. BRIAN TYRONE PLEASANT has made an attempt to evade federal criminal investigators by relocating from CA to GA. BRIAN TYRONE PLEASANT's fraudulent possession of valid military identification (ID) allows him unrestricted access to any US military facility worldwide. There are

6

national security implications surrounding BRIAN TYRONE PLEASANT's possession of a valid military ID card, especially considering the fact it bears the rank of a US military officer.

13. Based upon my training and experience and the above-mentioned facts, I believe there exists probable cause to believe that items relating to bank fraud, identification documents fraud, and related activity are present at 930 13th Avenue, Phenix City, Alabama 36867.

MARIO L. PRICE
Special Agent, AFOSI

Subscribed and sworn before me
this  12th   day of June, 2006

~~DELORES R. BOYD~~   SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

7

*Case File:313770061092246*

SEARCH WARRANT EXECUTED: **12 June 06**

ITEMS SEIZED FROM: **930 13th Avenue
              Phenix City, AL 36867**


One mail letter on white paper, typed, from the Defense Finance and Accounting Service addressed to SUBJECT dated 21 July 05.
Condition: used
Value: unknown
Marked: MLP 12 June 06 on the bottom right corner


One photograph of SUBJECT wearing a brown suit, white shirt and brown and green tie; website www.BTPLEASANTMINISTRIES.COM is listed at the top center of the photograph.
Condition: used
Value: unknown
Marked: MLP 12 June 06


_____
GIANNA F. CARTER
SPECIAL AGENT, AFOSI

_10 July 06_____
DATE


_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

_July 10, 2006_____
DATE